UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADY CENTER TO PREVENT GUN VIOLENCE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT )<br>OF THE TREASURY, et al., )<br>)<br>Defendants. ) | Civil Action No. 1: 02CV00316 (RJL)<br><br>Judge Rosemary M. Collyer |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of May 24, 2005, counsel for plaintiff and defendants hereby report that the United States Court of Appeals for the Seventh Circuit has not yet issued its mandate in *City of Chicago v. United States Department of the Treasury, Bureau of Alcohol, Tobacco, Firearms & Explosives*, 287 F.3d 628 (7th Cir. 2002), *as amended*, 297 F.3d 672, *vacated and remanded*, 537 U.S. 1229 (2003). The Seventh Circuit granted panel re-hearing and heard argument on February 15, 2005. The parties in that case are currently awaiting a decision.

Accordingly, counsel for plaintiff and defendants respectfully request that the Court continue to stay the above-captioned matter. Within ten (10) days of issuance of the mandate from the United States Court of Appeals for the Seventh Circuit in *City of Chicago*, counsel for plaintiff and defendants intend to submit a filing with the Court, which shall either propose a briefing schedule for this case or offer a report on the status and timing of this case, including any release of information from defendants to plaintiff.

Respectfully submitted this 1st day of June, 2005,

| | |
|---|---|
| /s/ Eric J. Mogilnicki | /s/ Tim H. Nusraty |
| ERIC J. MOGILNICKI | TIM H. NUSRATY |
| Wilmer, Cutler & Pickering | United States Department of Justice |
| 2445 M Street, NW | Civil Division, Federal Programs Branch |
| Washington, D.C. 20037 | 20 Massachusetts Ave., NW, Rm. 7134 |
| Tel.: (202) 663-6000 | Washington, D.C. 20530 |
| Fax: (202) 663-6363 | Tel.: (202) 514-4805 |
| | Fax: (202) 616-8470 |